IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:17cr14-MHT |
| DAVID SCOTT GAFFORD | ) | (WO) |

OPINION AND ORDER

At a hearing on November 28, 2017, the issue came up as to what, if any, medication defendant David Scott Gafford should receive while incarcerated pending trial.

The forensic evaluation from the Bureau of Prisons states that: "Considering Mr. Gafford's history and current presentation, it is recommended that he continue to receive psychotropic medication to manage symptoms of depression. Specific agents should be left to the discretion of a treating psychiatrist." Forensic Psychiatric Report (doc. no. 73) at 11.

Accordingly, in carrying out the recommendation of the Bureau of Prisons, it is ORDERED that:

(1) Defendant David Scott Gafford is to receive psychotropic medication with the specific agents to be left to the discretion of a treating psychiatrist.

(2) A copy of this order is to be furnished to the U.S. Marshal for this district.

(3) The government is, by no later than noon on November 30, 2017, to file a report confirming that defendant Gafford is now receiving his appropriate medication, including what that medication is, what dosage he is receiving, and how often he is receiving it.

DONE, this the 28th day of November, 2017.

                                                /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**