**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr14-MHT** |
| | ) | **(WO)** |
| **DAVID SCOTT GAFFORD** | ) | |

**ORDER**

Upon review of the evidence submitted by the government (doc. nos. 136-1, 136-2), which shows that defendant David Scott Gafford has now been re-prescribed the medication he complained of being denied, it is ORDERED that defendant David Scott Gafford's motion for a court order (doc. no. 133) is denied as moot.

DONE, this the 15th day of January, 2021.

                           **/s/ Myron H. Thompson**
                           **UNITED STATES DISTRICT JUDGE**