IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr14-MHT** |
| | ) | **(WO)** |
| **DAVID SCOTT GAFFORD** | ) | |

### ORDER

This case is before the court on defendant David Scott Gafford's "Motion Requesting to Order the FBOP to Honor the First Step Act (H.R. 5682)" (Doc. 138). For the reasons stated below, the motion is denied.

In his motion, Gafford asks the court to order the Bureau of Prisons to send him to a prison that is closer to his home than the one where he is currently incarcerated. He relies upon a statute that was amended by the First Step Act, 18 U.S.C. § 3621, which states that the Bureau "shall place ... [each] prisoner in a facility as close as practicable to the prisoner's primary residence, and to the extent practicable, in a facility within 500 driving miles of that residence."

18 U.S.C. § 3621(b).  However, the provision further states that, "[n]otwithstanding any other provision of law, a designation of a place of imprisonment under this subsection is not reviewable by any court."  *Id*. The court therefore concludes that it lacks authority to grant the requested relief.

DONE, this the 7th day of October, 2022.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**