IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr14-MHT** |
| | ) | **(WO)** |
| **DAVID SCOTT GAFFORD** | ) | |

**ORDER**

Based on the representations made on the record today, it is ORDERED that defendant David Scott Gafford's "Motion Requesting Federal Help on Release from BOP and ADOC" (Doc. 139) is granted to the extent that, by February 1, 2023, defense counsel shall consult with the defendant and file a report with the court indicating:

(1) Whether defendant Gafford desires placement at the federal halfway house in Hattiesburg, Mississippi;

(2) If so, whether he wishes to be placed there for a term of six or twelve months; and

(3) How he will be transported to Hattiesburg, Mississippi upon release from the Alabama Department of

Corrections.

DONE, this the 20th day of December, 2022.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE