IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:17cr14-MHT
                            )            (WO)
DAVID SCOTT GAFFORD         )
```

### ORDER

Based on the representations made on the record on February 23, 2023, it is ORDERED that:

(1) Defendant David Scott Gafford's unopposed oral motion for modification of the conditions of supervised release (Doc. 151) is granted.

(2) The conditions of supervised release are modified to add a condition that defendant Gafford shall spend the first 12 months of his term of supervised release at the Dismas Charities halfway house in Hattiesburg, Mississippi.

(3) Once defendant Gafford is no longer in the custody of the Bureau of Prisons, the court will order a mental-health evaluation of defendant Gafford to

obtain updated information and specific treatment recommendations.  The Probation Department is to inform the court when defendant Gafford is no longer in the custody of the Bureau of Prisons.

(4) Defendant Gafford's motion for assistance with obtaining mental-health treatment upon release (Doc. 148) is granted to the extent that he is notified of the following.  The court understands, based on the representations of the United States Probation Officer on the call on February 23, 2023, that defendant Gafford will continue to receive the treatment recommended by the Bureau of Prisons while he is in federal custody at the federal halfway house.  The United States Probation Office will see that he continues to receive necessary mental-health treatment while on supervised release at the halfway house and will assist him in obtaining treatment when he leaves the halfway house.  The court will consider ordering additional or different mental-health care after obtaining the updated psychological evaluation.  As the

end of his supervision approaches, the probation office will work with defendant Gafford to help him find ways to access care when supervision ends.

DONE, this the 15th day of March, 2023.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE