IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )         2:17cr14-MHT
                             )            (WO)
DAVID SCOTT GAFFORD          )
```

ORDER

Based on the representations made on the record on September 15, 2023, it is ORDERED that, by October 13, 2023:

(1) The supervising probation officer shall file a report on how defendant David Scott Gafford is faring in general and on whether he is receiving his regular mental-health counseling and, if so, how often; and whether he has had his medication evaluation and, if so, the results of the evaluation.

(2) Defense counsel is to file a report on defendant Gafford's progress in getting a driver's license.

DONE, this the 15th day of September, 2023.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE