IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr14-MHT** |
| | ) | **(WO)** |
| **DAVID SCOTT GAFFORD** | ) | |

**ORDER**

The court has received two pro se motions from defendant David Scott Gafford, which are attached to this order. Defendant Gafford is currently represented by court-appointed counsel. Because represented parties generally are not permitted to file pro se motions and instead must act through counsel, it is ORDERED that:

(1) The clerk of court shall not file the attached pro se motions separately on the docket. The court leaves it up to defense counsel to decide whether and how to take action on the matters raised in the motions.

(2) Defense counsel shall explain to defendant Gafford that represented parties cannot file pro se motions on the docket, but instead must communicate

their wishes to counsel and allow counsel to raise the issues with the court as appropriate.

DONE, this the 13th day of November, 2024.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**