**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr14-MHT** |
| | ) | **(WO)** |
| **DAVID SCOTT GAFFORD** | ) | |

**ORDER**

The court has received a pro se motion from defendant David Scott Gafford, which is attached to this order, under seal.  Defendant Gafford is currently represented by court-appointed counsel.  Represented parties generally are not permitted to file pro se motions and instead must act through counsel.

Accordingly, it is ORDERED that the clerk of court shall not file the attached pro se motion separately on the docket.  The court leaves it up to defense counsel to decide whether and how to take action on the matters raised in the motions.

DONE, this the 3rd day of December, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**