IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:17cr14-MHT
                            )            (WO)
DAVID SCOTT GAFFORD         )
```

### ORDER

The court has received a pro se motion from defendant David Scott Gafford, which is attached to this order. As the court has noted previously, defendant Gafford is currently represented by court-appointed counsel, and represented parties generally are not permitted to file pro se motions and instead must act through counsel.

Accordingly, it is ORDERED that the clerk of court shall not file the attached pro se motion separately on the docket. The court leaves it up to defense counsel to decide whether and how to take action on the matters raised in the motion.

DONE, this the 1st day of December, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**